UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 02-730 (WHW)

UNITED STATES OF AMERICA

v.

MILTON MIRANDA
JANET MIRANDA
_____/

## UNOPPSED ORDER
## GRANTING EMERGENCY MOTION TO TRAVEL

This cause having come before the Court on Defendants' MILTON AND JANET MIRANDA's Motion to Travel and the Court being fully apprised of the circumstances,

IT IS HEREBY ORDERED that said motion be and the same is hereby GRANTED.

Defendants MILTON AND JANET MIRANDA are hereby granted permission to leave the Southern District of Florida on June 15th, 2008, to travel to Kissimmee, Florida, and return to Miami on Sunday, June 15th, 2008, as requested.

Defendants are to check in by telephone with their Pretrial Services Officer as directed by their Pretrial Services Officer.

Defendants' other conditions of release remain in full force and effect pending further order of this Court.

DONE AND ORDERED this ___ day of June 2008.

HON. WILLIAM H. WALLS
United States District Judge

cc: Leonard P. Fenn, Esq.
   AUSA Ronnell Wilson
   PTS Off. Evelyn Mesa Ojeda
   Jack Furlong, Esq.