UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 02-730 (WHW)

UNITED STATES OF AMERICA

v.

MILTON MIRANDA and
JANET CRISTANCHO MIRANDA
_____/

### ORDER GRANTING JOINT UNOPPOSED MOTION REQUESTING COURT TO CORRECT CLERICAL ERROR IN JUDGMENT UNDER F.R.CR.P. 36

This cause having come before the Court on the Joint Unopposed Motion by both Defendants herein, MILTON MIRANDA and JANET CRISTANCHO MIRANDA, to correct clerical error in judgment under F.R. CR.P.36, and the Court being fully apprised of the circumstances,

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

DONE AND ORDERED this _28_ day of _October_____, 2008.

HON. WILLIAM H. WALLS
United States District Judge

cc: Leonard P. Fenn
    AUSA Ronnell Wilson
    John Furlong
    PTS Off. Christina Horn