UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 02-730 (WHW)

UNITED STATES OF AMERICA

v.

MILTON MIRANDA
_____/

### ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE BOND

This cause having come before the Court on Defendant MILTON MIRANDA's Unopposed Motion to Discharge Bond and the Court being fully apprised of the circumstances,

IT IS HEREBY ORDERED that said motion be and the same is hereby GRANTED.

All bonds securing the appearance of Defendant MILTON MIRANDA in this cause are hereby DISCHARGED. The Clerk of the Court is hereby directed to release all monies held in connection with Defendant's bonds upon presentation of the appropriate receipts.

DONE AND ORDERED on this ___ day of March 2009.

HON. WILLIAM H. WALLS
United States District Judge

cc: all interested parties via ECF