PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Milton Miranda                                       Cr.: 02-730-01
                                                                      PACTS Number: 75457

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: October 30, 2008

Original Offense: Prohibition of Unlicensed Money Transmitting Businesses

Original Sentence: 15 months imprisonment; followed by a three-year-term of supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/25/10

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Office.

## CAUSE

The offender wants to regain his position as president of his business. In order for the probation office to monitor the offender's business and ensure that it is legitimately operated, a special condition directing Miranda to disclose financial records is necessary.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 8/11/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

17 August 2010
Date

PROB 49
(3/89)

SD/FL PACTS #75457

CONFIDENTIAL
DO NOT FILE   DO NOT SCAN
RETURN TO PROBATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**THE DEFENDANT SHALL PROVIDE COMPLETE ACCESS TO FINANCIAL INFORMATION, INCLUDING DISCLOSURE OF ALL BUSINESS AND PERSONAL FINANCES, TO THE U.S. PROBATION OFFICER.**

Witness: _____
U.S. Probation Officer
Maylen Davis

Signed: _____
Supervised Releasee
Milton Miranda

6-8-10
Date